**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MOORE, | No. CV 10-3764 JHN (CW) |
|     Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
|   v. | |
| JAMES A. YATES (Warden), | |
|     Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 5, filed June 21, 2010) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

1 **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.
3
4 DATED: February 8, 2011

_____
JACQUELINE H. NGUYEN
United States District Judge