**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD MOORE, | ) | No. CV 10-3764 JHN (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES A. YATES (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.


DATED:  February 8, 2011

_____
JACQUELINE H. NGUYEN
United States District Judge